## EXHIBIT C

**List of Insurance Policies**

4936-9343-7306.4 05863.00001

| Type of Coverage | Insurer | Debtor | Policy Number | Period | Financed? |
|---|---|---|---|---|---|
| Commercial Property Package | The Travelers Lloyds Insurance Company | Avenger Flight Group LLC | Y-630-B3965899-TLC-25 | 6/6/2025-6/6/2026 | Paid in installments |
| Flood | Wright Flood | Avenger Flight Group LLC | 09 1152247941 03 | 12/10/2025-12/10/2026 | No |
| Business Auto | Fidelity and Guaranty Insurance Company | Avenger Flight Group LLC | BA-B3965709-25-14-G | 6/6/2025-6/6/2026 | Paid in installments |
| Aviation Liability | National Union Fire Insurance Company of Pittsburg, PA | Avenger Flight Group LLC | AP 018100015-05 | 9/5/2025 - 9/5/2026 | Yes |
| Workers' Compensation | Starr Indemnity & Liability Company | Avenger Flight Group LLC | 100 0005687 | 1/1/2026 - 1/1/2027 | Paid quarterly |
| International Package – US Master | Zurich American Insurance Company | Avenger Flight Group LLC | ZE 2513793-01 | 11/6/2025 - 11/6/2026 | Paid in installments |
| International Package - Colombia | Zurich American Insurance Company | Avenger Flight Group LLC | ZE 2513793-01 | 11/6/2025 - 11/6/2026 | No |
| International Package - Germany | Zurich American Insurance Company | Avenger Flight Group LLC | ZE 2513793-01 | 11/6/2025 - 11/6/2026 | No |
| Directors & Officers Liability | Continental Casualty Company | Avenger Flight Group LLC | 7068767453 | 1/9/2026 - 1/9/2027 | No |
| Excess Directors & Officers Liability – Lead Side A | Great American E&S Insurance Company - TANGO | Avenger Flight Group LLC | ASXF243699 | 1/9/2026 - 1/9/2027 | No |

| Type of Coverage | Insurer | Debtor | Policy Number | Period | Financed? |
|---|---|---|---|---|---|
| Cyber Security Liability | Continental Casualty Company | Avenger Flight Group LLC | D38F4E250101 | 1/24/2026 - 1/24/2027 | No |
| Directors and Officers and Excess Liability | Everest National Insurance | Avenger Flight Group LLC | SA00000182-251 | 9/22/2025 - 9/22/2026 | No |
| Directors and Officers and Excess Liability | QBE Insurance Corporation | Avenger Flight Group LLC | 130016303 | 9/22/2025 - 9/22/2026 | No |
| Directors and Officers Difference in Conditions Liability | Endurance American Specialty Insurance Company | Avenger Flight Group LLC | ADL30095923700 | 8/26/2025 - 8/26/2026 | No |