# EXHIBIT C

**Cash Management Schematic**

4927-2156-4024.20 05863.00001



## Bank Account Structure — AFG Avenger Flight Group

- **AFG, LLC** — ABL — *5837 — Oxford Commerical Finance
- **AFG, LLC** — City National Bank — *3942 — Operations Acct (USD)
- **AFG, LLC** — City National Bank — *6791 — Payroll Acct (USD)
- **AFG EU Operations Corp** — City National Bank — *7435 — Operations Acct (USD)
- **AFG Europe Corp** — City National Bank — *2840 — Payroll Acct (USD)
- **AFG MX Corp *** — City National Bank — *8083 — Payroll Acct (USD)
- **AFG, LLC** — City National Bank — *2896 — Utility Deposit
- **AFG, LLC** — Citibank — *2575 — Operations Acct (USD)
- **AFG Mexico** — Santander — *1576 — Investment Acct (USD)
- **AFG EU Operations Corp** — mBank — *1001 (PLN)
- **AFG EU Operations Corp** — mBank — *1002 (USD)
- **AFG EU Operations Corp** — mBank — *1003 (VAT)
- **AFG LATAM SIM Holdings III LLC** — Bank of America — *2058 — Operations Acct (USD)
- **AFG LATAM SIM Holdings II LLC** — Bank of America — *2939 — Operations Acct (USD)
- **AFG LATAM SIM Holdings IV LLC** — Bank of America — *6064 — Operations Acct (USD)
- **AFG Dallas III, LLC** — Bank of America — *6873 — Operations Acct (USD)
- **Avenger Flight Training, LLC** — Bank of America — *9087 — Operations Acct (USD)
- **AFG LATAM Holding Corp** — Bank of America — *9853 — Operations Acct (USD)

*Account has a DACA