## EXHIBIT D

## List of Bank Accounts

## Bank Accounts Listing

| Bank | Acct Number |
|---|---|
| Banker's Trust – Oxford  Lockbox | *5837 |
| City National Bank - Operations | *3942 |
| City National Bank - Payroll | *6791 |
| City National Bank- Utility | *2896 |
| City National Bank - EU Ops | *7435 |
| City National Bank - Europe Corp Payroll | *2840 |
| City National Bank – MX Corp Payroll | *8083 |
| Citibank, N.A. – Operations | *2575 |
| Santander Bank – Mexican operations | *1576 |
| mBank - PLN | *1001 |
| mBank - USD | *1002 |
| mBank - VAT | *1003 |
| BofA - LATAM III | *2058 |
| Bank of America - LATAM II | *2939 |
| Bank of America – LATAM IV | *6064 |

Bank of America –
Dallas III                    *6873

Bank of America -
Flight Training               *9087

Bank of America –
LATAM Holding                 *9853