# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AVENGER FLIGHT GROUP, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10183 (MFW)<br><br>(Joint Administration Requested) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 13, 2026 AT 2:00 P.M. (EASTERN TIME[2])

> **This hearing will be conducted by Zoom. Parties and witnesses are permitted, but not required, to appear in person. The Court has no preference.**
>
> **To attend the hearing remotely, please register using the ecourt appearances tool on the court's website at www.deb.uscourts.gov or click the below link: https://ecf.deb.uscourts.gov/cgi-bin/nysbappearances.pl.**
>
> **Parties are required to register for the hearing no later than 9:00 a.m. on February 13, 2026. You must use your full name when logging into zoom or you will not be allowed into the meeting.**
>
> **After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Avenger Flight Group, LLC (1216); AFG Dallas III, LLC (5615); AFG Dallas IV, LLC (5558); AFG Dallas, LLC (3418); AFG EU Operations Corp. (9406); AFG FLL, LLC (6470); AFG Latam Holding Corp. (6475); AFG Latam Sim Holdings II, LLC (0473); AFG Latam Sim Holdings III, LLC (2592); AFG Latam Sim Holdings IV, LLC (0093); AFG Latam Sim Holdings, LLC (6475); AFG Latam, LLC (9545); AFG Mexico Corp. (1402); AFG Orlando, LLC (8409); AFG Sanford, LLC (6661); AFG Sim Holding Corp. (3325); Avenger Flight Group Europe, Corp. (5908); Avenger Flight Group Topco, LLC (5643); Avenger Flight Training, LLC (5640); Avenger Flight Group Mexico II, S. de R.L. de C.V, (N/A); and Papi Flight Training, LLC (6206). The location of the Debtors' corporate headquarters and the Debtors' service address is Avenger Flight Group LLC, 1450 Lee Wagener Blvd., Fort Lauderdale, FL 33315.

[2] All motions and other pleadings referenced herein are available online at the following web address: www.veritaglobal.net/AvengerFG.

4923-2007-2333.2 05863.00001

1. Voluntary Petitions:

    A. Avenger Flight Group Topco, LLC, Case No. 26-10182 (MFW) [Docket No.1]

    B. Avenger Flight Group, LLC Case No. 26-10183 (MFW) [Docket No. 1]

    C. AFG Dallas III, LLC, Case No. 26-10184 (MFW) [Docket No. 1]

    D. AFG Dallas IV, LLC, Inc. Case No. 26-10185 (MFW) [Docket No. 1]

    E. AFG Dallas, LLC, Case No. 26-10186 (MFW) [Docket No. 1]

    F. AFG EU Operations Corp., Case No. 26-10187 (MFW) [Docket No. 1]

    G. AFG FLL, LLC, Case No. 26-10188 (MFW) [Docket No. 1]

    H. AFG Latam Holding Corp., Case No. 26-10189 (MFW) [Docket No. 1]

    I. AFG Latam Sim Holdings II, LLC, Case No. 26-10190 (MFW) [Docket No. 1]

    J. AFG Latam Sim Holdings III, LLC, Case No. 26-10191 (MFW) [Docket No. 1]

    K. AFG Latam Sim Holdings IV, LLC, Case No. 26-10192 (MFW) [Docket No. 1]

    L. AFG Latam Sim Holdings, LLC, Case No. 26-10193 (MFW) [Docket No. 1]

    M. AFG Latam, LLC, Case No. 26-10194 (MFW) [Docket No. 1]

    N. AFG Mexico Corp., Case No. 26-10195 (MFW) [Docket No. 1]

    O. AFG Orlando, LLC, Case No. 26-10196 (MFW) [Docket No. 1]

    P. AFG Sanford, LLC, Case No. 26-10197 (MFW) [Docket No. 1]

    Q. AFG Sim Holding Corp., Case No. 26-10198 (MFW) [Docket No. 1]

    R. Avenger Flight Group Europe, Corp., Case No. 26-10199 (MFW) [Docket No. 1]

  S. Avenger Flight Training, LLC, Case No. 26-10200 (MFW) [Docket No. 1]

  T. Avenger Flight Group Mexico II, S. DE R.L. DE C.V., Case No. 26-10201 (MFW) [Docket No. 1]

  U. Papi Flight Training, LLC, Case No. 26-10202 (MFW) [Docket No. 1]

### First Day Declaration

2. *Declaration of Lawrence Perkins in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Filed 12/12/26, Docket No. 18].

 Status: The Debtors will ask the Court to admit the declaration into evidence. To the extent the Court or any party in interest have questions regarding the declaration or the factual bases for the first-day relief the Debtors seek, the declarant will be available via Zoom videoconference.

### Administrative Motions

3. *Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* [Filed 12/12/26, Docket No. 3]

 Status: This matter is going forward.

4. *Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date* [Filed 12/12/26, Docket No. 4]

 Status: This matter is going forward.

5. *Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (B) Redact Certain Personally Identifiable Information for Individual Creditors; (II) Approving the Notice of Commencement and Service Thereof; and (III) Granting Related Relief* [Filed 12/12/26, Docket No. 5]

 Status: This matter is going forward.

**First Day Motions Pertaining to Business Operations**

6. *Motion for Entry of Interim and Final Orders: (I) Approving Proposed form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service; and (IV) Granting Related Relief* [Filed 12/12/26, Docket No. 6]

    Status:    This matter is going forward with respect to an interim order.

7. *Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief* [Filed 12/12/26, Docket No. 7]

    Status:    This matter is going forward with respect to an interim order.

8. *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor all Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies; (II) Authorizing Continuation of Insurance Premium Financing Agreement; and (III) Granting Related Relief* [12/12/26, Docket No. 8]

    Status:    This matter is going forward with respect to an interim order.

9. *Motion for Entry of Interim and Final Orders: (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [12/12/26, Docket No. 9]

    Status:    This matter is going forward with respect to an interim order.

10. *Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief* [12/12/26, Docket No. 10]

    Status:    This matter is going forward with respect to an interim order.

11. *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors, Foreign Vendors, 503(b)(9) Claimants, and Lien Claimants; (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders; (III) Authorizing All Financial Institutions to Honor All Related Payment Requests; and (IV) Granting Related Relief* [Filed 12/12/26, Docket No. 11]

    Status:    This matter is going forward with respect to an interim order.

**DIP Financing Motion**

12. *Motion of the Debtors for Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, 364, 503, 506, 507, and 552 and Bankruptcy Rules 2002, 4001, 6003, 6004, and 9014 (I) Authorizing the Debtors to Obtain Senior Secured Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral on a Limited Basis, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [12/12/26, Docket No. 12]

    Status:    This matter is going forward with respect to an interim order.

Dated:   February 12, 2026        **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Richard M. Pachulski, Esq. (*pro hac vice* forthcoming)
Mary F. Caloway, Esq. (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652 4400
Email:    rpachulski@pszjlaw.com
    mcaloway@pszjlaw.com

- and -

Gregory V. Demo, Esq. (*pro hac vice* forthcoming)
Cia H. Mackle, Esq. (*pro hac vice* forthcoming)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    gdemo@pszjlaw.com
    cmackle@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*